**Brief Stricken and Order filed March 29, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00053-CV

_____

## IN THE INTEREST OF G.X.H., JR. AND B.X.H., CHILDREN

**On Appeal from the 313th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-04498J**

## ORDER

Appellant's brief discloses the names of the parents at issue in this parental-rights termination case. The identity of the children may be determined from the parents' names. *See* Tex. R. App. P. 9.8(b)(1)(B).

Accordingly, the court orders as follows:

1. Appellant's brief, filed March 28, 2018, is **STRICKEN**.

2. To protect the identity of the children at issue in this case, the parents and other family members of the children must be identified only by an alias. Tex. R. App. P. 9.8(b)(1)(B).

3. Appellant shall file a brief that complies with Rule 9.8(b)(1) and this

order by **April 3, 2018**.

4. If appellant does not file a brief as required by this order, appellant's counsel may be required to show cause why she should not be held in contempt of court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's brief.

PER CURIAM